Francis W. Kirsch, appellee, v. Francis Kirsch, Sr., appellant.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1921.

Reversed and remanded. Opinion filed March 24, 1922.

Alexander Flannigen, for appellant. Ralph Cook, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.